# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
## (BID PROTEST)

|  |  |
|---|---|
| GC SERVICES LIMITED PARTNERSHIP, ) | |
| ) | No. 19-372 C |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## **RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Rules of the United States Court of Federal Claims ("RCFC"), GC Services Limited Partnership ("GC Services") states that GC Services is a nongovernmental corporate party, that it has no parent corporation, and that no publicly held corporation owns 10% or more of its stock.

Dated: March 11, 2019                                    Respectfully submitted,

                                                         s/William M. Jack
                                                         William M. Jack
                                                         KELLEY DRYE & WARREN LLP
                                                         Washington Harbour, Suite 400
                                                         3050 K Street, NW
                                                         Washington, DC  20007-5108
                                                         (202) 342-8521
                                                         (202) 342-8451 (Fax)
                                                         wjack@kelleydrye.com

                                                         *Attorney for Plaintiff GC Services Limited Partnership*

Of Counsel:
William C. MacLeod
Amba M. Datta
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC  20007-5108
(202) 342-8400
(202) 342-8451 (Fax)

CERTIFICATE OF SERVICE

    I hereby certify that on March 11, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the U.S. Court of Federal Claims using the CM/ECF system.

                                      s/William M. Jack
                                      William M. Jack